# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-3004**  September Term, 2020

1:07-cr-00065-EGS-1

Filed On: May 20, 2021 [1899458]

United States of America,

    Appellee

  v.

Christian Fernando Borda, also known as Tony,

    Appellant

## O R D E R

By order filed March 9, 2021, appellant was directed to file a Memorandum of Law by April 21, 2021.  To date no filing has been received.  Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by July 6, 2021.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Lynda M. Flippin
Deputy Clerk