# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-3004**  September Term, 2020

1:07-cr-00065-EGS-1

Filed On: July 6, 2021 [1905179]

United States of America,

    Appellee

  v.

Christian Fernando Borda, also known as Tony,

    Appellant

## M A N D A T E

In accordance with the order of May 20, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed May 20, 2021